UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Lisa Casby

Vs.

Quiktrip Corporation d/b/a Quiktrip #627

Case No. 4:25-cv-01443-NCC

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's office

**Option 1**

( )   The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline : _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

**Option 2**

( X )   An ADR conference was held on:_____7/17/2026_____.

All required individuals, parties, counsel of record, corporate representatives, and/or claim professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claim professionals failed to appear and/or participate in good faith as ordered:
_____.

The ADR referral was concluded on _7/24/2026_____.
The parties [( X ) did ( ) did not] achieve a settlement. Check one.

**Option 3**

( )   Although this case was referred to ADR, a conference WAS NOT HELD.

Date:___7/27/2026_____          Neutral:_____Michael S. Geigerman_____